The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> VICTOR MARTINEZ, <br><br> Defendant. | NO. 2:18-cr-00174-RAJ <br><br> ORDER GRANTING DEFENDANTS' MOTION TO APPOINT COUNSEL |

The Court, having reviewed Defendant's Pro Se Motion to Appoint Counsel for purposes of filing a motion for compassionate release, and finding good cause,

IT IS HEREBY ORDERED that the Motion (Dkt. #398) is GRANTED. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter.

DATED this 28th day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO APPOINT COUNSEL - 1